

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA



06-60009 CR-UNGARO-BENAGES   MAGISTRATE JUDGE
                                                           O'SULLIVAN

8 U.S.C. § 1326(a)

UNITED STATES OF AMERICA

vs.

ENRIQUE OMAR GUZMAN-ROJAS,

    Defendant.
_____/

## INDICTMENT

The Grand Jury charges that:

On or about November 30, 2005, in Broward County, in the Southern District of Florida, the defendant,

**ENRIQUE OMAR GUZMAN-ROJAS,**

an alien, having previously been deported from the United States on or about July 31, 1998, was found to be in the United States, knowingly and unlawfully, without the Attorney General of the United States or his successor, the Secretary for Homeland Security (Title 6, United States Code, Sections 202(3), 202(4) and 557) having expressly consented to such alien's reapplying for



admission to the United States; in violation of Title 8, United States Code, Section 1326(a).

A TRUE BILL

_____
FOREPERSON


_____
R. ALEXANDER ACOSTA
UNITED STATES ATTORNEY


_____
JENNIFER A. KEENE
ASSISTANT UNITED STATES ATTORNEY

2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA       CASE NO. _____

vs.

ENRIQUE OMAR GUZMAN-ROJAS,     **CERTIFICATE OF TRIAL ATTORNEY\***

       Defendant.
_____/   Superseding Case Information:

**Court Division:** (Select One)

    New Defendant(s)   Yes ____ No ____
    Number of New Defendants ____
____ Miami  ____ Key West    Total number of counts ____
_X_ FTL     ____ WPB     ____ FTP

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:   (Yes or No)   __YES__
   List language and/or dialect   __SPANISH__

4. This case will take   __2 days to try__

5. Please check appropriate category and type of offense listed below:
   (Check only one)                           (Check only one)

   I    0 to 5 days       _X_       Petty       ____
   II   6 to 10 days      ____      Minor       ____
   III  11 to 20 days     ____      Misdem.     ____
   IV   21 to 60 days     ____      Felony      _X_
   V    61 days and over

6. Has this case been previously filed in this District Court? (Yes or No)   __NO__
   If yes:
   Judge: _____   Case No. _____
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter?   (Yes or No) __NO__
   If yes:
   Magistrate Case No. _____
   Related Miscellaneous numbers: _____
   Defendant(s) in federal custody as of _____
   Defendant(s) in state custody as of _____
   Rule 20 from the _____   District of _____

   Is this a potential death penalty case? (Yes or No) __NO__

7. Does this case originate from a matter pending in the U.S. Attorney's Office prior to April 1, 2003?   ____ Yes   _X_ No

8. Does this case originate from a matter pending in the U.S. Attorney's Office prior to April 1, 1999?   ____ Yes   _X_ No
   If yes, was it pending in the Central Region?   Yes ____   No ____

9. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to October 14, 2003?   Yes ____   No _X_

10. Does this case originate from a matter pending in the Narcotics Section (Miami) prior to May 18, 2003?   ____ Yes   _X_ No

                                    _____
                                    JENNIFER A. KEENE
                                    ASSISTANT UNITED STATES ATTORNEY
                                    Florida Bar No. 0958263

\*Penalty Sheet(s) attached                                                                          REV.1/14/04

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name:** ENRIQUE OMAN GUZMAN-ROJAS

**Case No:** _____

Count #: 1

Illegal Re-entry After Deportation

8 U.S.C. § 1326(a)

* **Max.Penalty:** Two (2) years' imprisonment; three (3) years' supervised release; $250,000 fine

Count #:

* **Max.Penalty:**

Count #:

***Max. Penalty:**

Count #:

***Max. Penalty:**

*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.